Ismael MENDOSA–HERNANDEZ,
Petitioner,

v.

Eric H. HOLDER, Jr., Attorney
General, Respondent.

No. 12–71594.

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 15, 2013.*

Filed Oct. 25, 2013.

Eduardo A. Paredes, Law Office of
Eduardo A. Paredes Los Angeles, CA, for
Petitioner.

Craig Alan Newell, Jr., Esquire, Trial,
Oil, DOJ–U.S. Department of Justice,
Washington, DC, Chief Counsel Ice, Office
of the Chief Counsel, Department of
Homeland Security San, Francisco, CA,
for Respondent.

Before: FISHER, GOULD, and
BYBEE, Circuit Judges.

MEMORANDUM **

Ismael Mendosa–Hernandez, a native
and citizen of Mexico, petitions for review
of an order of the Board of Immigration
Appeals ("BIA") dismissing his appeal
from an immigration judge's decision de-
nying his application for cancellation of
removal. Our jurisdiction is governed by
8 U.S.C. § 1252. We review de novo ques-
tions of law. *Banuelos–Ayon v. Holder,*

611 F.3d 1080, 1082 (9th Cir.2010). We
deny in part and dismiss in part the peti-
tion for review.

The BIA correctly concluded that each
of Mendosa–Hernandez's 2007 and 2010
convictions under California Penal Code
§ 273.5(a), which resulted in 5– and 3–year
prison sentences, respectively, constitutes
an aggravated-felony crime of violence un-
der 8 U.S.C. § 1101(a)(43)(F) that renders
him statutorily ineligible to seek cancella-
tion of removal. *See* 8 U.S.C.
§ 1229b(a)(3); *see also Banuelos–Ayon,*
611 F.3d at 1083 ("[A] conviction under
California Penal Code § 273.5(a) is cate-
gorically a crime of violence . . . .").

We must reject Mendosa–Hernandez's
challenge to this court's decision in *Banue-
los–Ayon. See Avagyan v. Holder,* 646
F.3d 672, 677 (9th Cir.2011) ("A three
judge panel [generally] cannot reconsider
or overrule circuit precedent . . . ."); *see
also BMW of N. Am., Inc. v. Gore,* 517
U.S. 559, 577, 116 S.Ct. 1589, 134 L.Ed.2d
809 (1996) ("[O]nly state courts may au-
thoritatively construe state statutes.").

**PETITION FOR REVIEW DENIED
in part; DISMISSED in part.**

---

* The panel unanimously concludes this case is
  suitable for decision without oral argument.
  *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
  cation and is not precedent except as provid-
  ed by 9th Cir. R. 36–3.